UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 08-28046 JHW

Debtor: Carl C. Lieggi, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1682140 | Wells Fargo Home Mortgage, Inc. | 440.67 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 4, 2010